IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLYDE H. FRIEND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. ACT. NO. 3:12cv331-TMH |
| ) | (WO) |
| RUSSELL COUNTY SHERIFF ) | |
| DEPT., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On August 27, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 17). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. To the extent the defendants seek judgment on exhaustion grounds with respect to the rust, laundering of linens and hair net claims, the defendants' motion for summary judgment be and is hereby GRANTED due to the plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Russell County Jail;

3. With respect to the plaintiff's claims regarding cold food, insufficient access to razors and lack of outside recreation, the defendants' motion for summary judgment be and is hereby GRANTED.

4. This case be and is hereby DISMISSED with prejudice.

Done this the 3rd day of October, 2012.

                                         /s/ Truman M. Hobbs
                                         TRUMAN M. HOBBS
                                         SENIOR UNITED STATES DISTRICT JUDGE